UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB 11  A 11: 09

U.S. DISTRICT COURT
DISTRICT OF MASS.

05 10284 MEL

TENNESSEE GAS PIPELINE COMPANY,

                Plaintiff,

vs.

1. NEW ENGLAND POWER COMPANY and APPROXIMATELY 3.45 ACRES of PERMANENT EASEMENT, 2.79 ACRES of TEMPORARY WORK SPACE, and 0.32 ACRES of ADDITIONAL TEMPORARY WORK SPACE; and potentially interested parties, COLONIAL BEACON OIL COMPANY, and NEW ENGLAND POWER COMPANY successor to New England Power Engineering & Service Corporation;

2. MASSACHUSETTS ELECTRIC COMPANY and APPROXIMATELY 0.20 ACRES of PERMANENT EASEMENT and 0.10 ACRES of TEMPORARY WORK SPACE; and potentially interested party, NEW ENGLAND POWER COMPANY;

3. ELLEN A. SEXTON and APPROXIMATELY 0.20 ACRES of PERMANENT EASEMENT and 0.23 ACRES of TEMPORARY WORK SPACE; and potentially interested parties, NEW ENGLAND POWER COMPANY, NEW ENGLAND TELEPHONE and TELEGRAPH COMPANY, MASSACHUSETTS ELECTRIC COMPANY, and the TOWN OF TEWKSBURY;

4. DONALD C. and DONNA J. POWER and APPROXIMATELY 0.09 ACRES of PERMANENT EASEMENT and 0.08 ACRES of TEMPORARY WORK SPACE; and potentially interested parties, USAA FEDERAL SAVINGS BANK, NEW ENGLAND POWER COMPANY, NEW ENGLAND TELEPHONE and TELEGRAPH COMPANY, MASSACHUSETTS ELECTRIC COMPANY, and the TOWN OF TEWKSBURY;

9. ARMINDO G. and SARA LOU DIAS and APPROXIMATELY 0.16 ACRES of PERMANENT EASEMENT and 0.06 ACRES of TEMPORARY WORK SPACE; and potentially interested party, NEW ENGLAND POWER COMPANY;

10. SAID ABUZAHRA, trustee of the TWO S REALTY TRUST and APPROXIMATELY 0.73 ACRES of PERMANENT EASEMENT, 0.47 ACRES of TEMPORARY WORK SPACE; and 0.20 ACRES OF ADDITIONAL TEMPORARY WORK SPACE; and potentially interested parties, NEW ENGLAND POWER COMPANY and LOWELL ELECTRIC LIGHT CORPORATION;

11. JOHN J. McDEVITT, JR., KEVIN P. McDEVITT, BRIAN G. McDEVITT, DENNIS C. McDEVITT, and MICHAEL W. McDEVITT and APPROXIMATELY 0.17 ACRES of PERMANENT EASEMENT; and potentially interested parties, FLEET NATIONAL BANK, NEW ENGLAND POWER COMPANY, NEW ENGLAND TELEPHONE and TELEGRAPH COMPANY, and MASSACHUSETTS ELECTRIC COMPANY;

12. BOSTON & MAINE CORPORATION and APPROXIMATELY 0.05 ACRES of PERMANENT EASEMENT; and potentially interested party NEW ENGLAND POWER COMPANY;

13. JAMES ANDELLA, trustee of J.D.B. REALTY TRUST and APPROXIMATELY 0.28 ACRES of PERMANENT EASEMENT and 0.25 ACRES of TEMPORARY WORK SPACE; and potentially interested parties, NEW ENGLAND POWER COMPANY and NEW ENGLAND TELEPHONE and TELEGRAPH COMPANY;

14. RICHARD D. BRAMANTE and APPROXIMATELY 0.02 ACRES of PERMANENT EASEMENT, 0.03 ACRES of TEMPORARY WORK SPACE and 0.07 ACRES of ADDITIONAL TEMPORARY WORK SPACE; and potentially interested parties, WASHINGTON MUTUAL BANK, FA, NEW ENGLAND POWER COMPANY, and MASSACHUSETTS ELECTRIC COMPANY;

15. HOLLY C. SUGHRUE and RICHARD J. SUGHRUE III and APPROXIMATELY 0.33 ACRES of PERMANENT EASEMENT and 0.04 ACRES of TEMPORARY WORK SPACE;

16. JUDITH WIEN and PAUL WOODS, trustees of JW SOUTH STREET REALTY TRUST and APPROXIMATELY 0.38 ACRES of PERMANENT EASEMENT; and potentially interested parties, HINGHAM INSTITUTION FOR SAVINGS, and FRANKLIN S. RILEY JR. and DIANNE E. RILEY-KLAVINS;

                    Defendants and Potentially
                    Interested Parties.

## PLAINTIFF'S CORPORATE DISCLOSURE

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3 of the Local Rules of the United States District Court for the District of Massachusetts, plaintiff states that Tennessee Gas Pipeline Company, a Delaware corporation, is wholly-owned by El Paso TGPC Investments, L.L.C., a Delaware Limited Liability Company, which is wholly-owned by El Paso Tennessee Pipeline Co., a Delaware corporation, which is wholly-owned by El Paso

Corporation, a Delaware corporation which is publicly traded.

          Respectfully submitted,

          TENNESSEE GAS PIPELINE COMPANY

          By its Attorneys,

          HOLLAND & KNIGHT LLP

          _____
          Harold W. Potter, Jr. (BBO # 404240)
          Dianne R. Phillips (BBO # 552982)
          10 St. James Avenue
          Boston, MA  02116
          (617) 523-2700

Dated:  February 11, 2005