UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Tennessee Gas Pipeline Company | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| New England Power Company and Approximately 3.45 Acres of Permanent Easement, 2.79 Acres of Temporary Work Space, and 0.32 Acres of Additional Temporary Work Space; and potentially interested parties, Colonial Beacon Oil Company, and New England Power Company successor to New England Power Engineering & Service Corporation; et. al. | ) ) ) ) ) ) ) ) ) ) | No.:  05-CV-10284-MEL |
| | ) | |
| Defendants | ) | |

## APPEARANCE OF COUNSEL FOR
## DEFENDANTS ARMINDO G. DIAS AND SARA LOU DIAS

　　　Now come the undersigned and file their Appearance on behalf of Defendants Armindo G. Dias and Sara Lou Dias.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated:  February 28, 2004　　　　　　　s/Lora M. McSherry
　　　　　　　　　　　　　　　　　　Lora M. McSherry, Esq.
　　　　　　　　　　　　　　　　　　BBO #551695
　　　　　　　　　　　　　　　　　　Phillips, Gerstein, Holber & Channen, LLP
　　　　　　　　　　　　　　　　　　25 Kenoza Avenue
　　　　　　　　　　　　　　　　　　Haverhill, MA 10835
　　　　　　　　　　　　　　　　　　(978) 374-1131

Dated:  February 28, 2004　　　　　　　s/Michael A. Gerstein
　　　　　　　　　　　　　　　　　　Michael A. Gerstein, Esq.
　　　　　　　　　　　　　　　　　　BBO #190040
　　　　　　　　　　　　　　　　　　Phillips, Gerstein, Holber & Channen, LLP
　　　　　　　　　　　　　　　　　　25 Kenoza Avenue
　　　　　　　　　　　　　　　　　　Haverhill, MA 10835
　　　　　　　　　　　　　　　　　　(978) 374-1131

-2-

G:\LORA\Dias\appearance.wpd