UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TENNESSSEE GAS PIPELINE COMPANY,<br>Plaintiff,<br><br>v.<br><br>NEW ENGLAND POWER COMPANY, et. al.<br>Defendants. | CIVIL ACTION NO.<br>05 10284 MEL |

### VERIZON NEW ENGLAND'S
### MOTION TO INTERVENE

Verizon New England Inc. ("VNE"), formerly known as New England Telephone and Telegraph Company, respectfully requests that this court grant VNE intervention into the above-captioned matter. The Verified Complaint in Condemnation indicates that VNE holds various easements in property that Plaintiff seeks to condemn. As any actions Plaintiff may take with respect to such easements could impact VNE's ability to provide telecommunications to the public and VNE's property rights reflected by those easements, VNE's intervention is necessary to protect those interests. In further support of its motion to intervene, VNE states as follows:

1.  The Verified Complaint indicates that the Plaintiff seeks condemnation over various parcels of land in which VNE holds easements. See Verified Complaint ¶¶ 31(b), 39(c), 47(c), 55(c), 55(d), 63(c), 63(d), 71(d), 71(e), 95(d), and 111(b).

2.  VNE is a public utility that provides telecommunications services to residential and business customers. Generally, VNE obtains and maintains easements so that it can install the facilities necessary to provide telecommunications services.

3.  The diagrams attached to the Verified Complaint are not sufficiently detailed to allow VNE to determine whether the Plaintiff's condemnation of the various parcels will impact or impair VNE's easements or its ability to provide telecommunications services.

4.  Plaintiff's condemnation proceeding could impair or destroy VNE's vested property rights. As such, VNE has a direct, legally protectable interest that may be impacted by this proceeding and therefore, should be allowed to intervene. See United States v. Detroit International Bridge Co., 7 F.3d 497 (6th Cir. 1993).

WHEREFORE, Verizon New England Inc. respectfully requests that the Court grant this motion to intervene.

VERIZON NEW ENGLAND INC.

By its Attorney,

Dated: March 3, 2005

Richard P. Owens (544030)
185 Franklin Street, 13th Floor
Boston, Massachusetts 02110-1585
(617) 743-6809

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on 3/3/2005.