UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TENNESSEE GAS PIPELINE COMPANY,<br><br>                              Plaintiff,<br>vs.<br><br>NEW ENGLAND POWER COMPANY et al.<br><br>Defendants and Potentially<br>Interested Parties. | C.A. 05-10284-MEL |

## RESPONSE TO VERIZON NEW ENGLAND INC.'S MOTION TO INTERVENE

Now comes plaintiff Tennessee Gas Pipeline Company ("Tennessee") and hereby responds to Verizon New England's Motion to Intervene. Tennessee does not believe the proposed condemnation interferes with the easement interests of Verizon New England Inc. successor-in-interest to New England Telephone and Telegraph. Nevertheless, Tennessee has no opposition to Verizon's procedural request to intervene as a party and to participate as same.

Respectfully submitted,

TENNESSEE GAS PIPELINE COMPANY

By its Attorneys,

HOLLAND & KNIGHT LLP

_____
Harold W. Potter, Jr. (BBO # 404240)
Dianne R. Phillips (BBO # 552982)
10 St. James Avenue
Boston, MA 02116
(617) 523-2700

# 2678249_v1

## CERTIFICATE OF SERVICE

I, Dianne R. Phillips, hereby certify that on March 9, 2005, I have served the within document by mailing postage prepaid via first class mail to the parties listed on the attached Service List.

_____
Dianne R. Phillips

# 2678249_v1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TENNESSEE GAS PIPELINE COMPANY,<br><br>                              Plaintiff,<br>vs.<br><br>NEW ENGLAND POWER COMPANY et al.<br><br>Defendants and Potentially<br>Interested Parties. | C.A. 05-10284-MEL |

## SERVICE LIST

| | |
|---|---|
| Celia B. O'Brien, Esq.,<br>National Grid, U.S.A., Legal Department<br>25 Research Drive<br>Westborough, MA  01582<br><br>Counsel for:<br>New England Power Company and<br>Massachusetts Electric Company | John R. Maciolek, Esq.<br>Berg & Laipson<br>34 Mechanic Street<br>Worcester, MA  01608<br><br>Counsel for:<br>Ellen A. Sexton, Donald C. Power and Donna J. Power, Thomas J. Kachoris and Elizabeth M. Kachoris, Said Abuzahra, Trustee of Two S Realty Trust, John J. McDevitt, Jr., Kevin P. McDevitt, Brian G. McDevitt, Dennis C. McDevitt and Michael W. McDevitt, Judith Wein and Paul Woods, Trustees of JW South Street Realty Trust, Brian and Allyson Gangemi |
| Eustachio P. Simone<br>Pro Se<br>245 Lancaster Drive<br>Tewksbury, MA  01876 | Michael A. Gerstein, Esq.<br>Lora M. McSherry, Esq.<br>Phillips, Gerstein, Holber & Channen LLP<br>25 Kenoza Avenue<br>Haverill, MA  01830<br><br>Counsel for:<br>Armindo G. Dias and Sara Lou Dias |

| | |
|---|---|
| Joseph Padellaro, Esq.<br>Donald E. Feener & Associates<br>120 Front Street, Suite 310<br>Worcester, MA  01608<br><br>Counsel for:<br>Richard D. Bramante | Robert B. Cullerford, Esq.<br>Iron Horse Park<br>High Street<br>North Billerica, MA  01862<br><br>Counsel for:<br>Boston & Main Corporation |
| Richard P. Owens, Esq.<br>185 Franklin Street, 13th Floor<br>Boston, MA  02110-1585<br><br>Counsel for:<br>Verizon New England, Inc. | Elizabeth A. Kelly<br>228 Lancaster Drive<br>Tewksbury, MA  01876 |
| James Andella, Trustee of J.D.B. Trust<br>1501 Main Street<br>Tewksbury, MA  01876 | Holly C. Sughrue and Richard J. Sughrue, III<br>25 Belvoir Road<br>Tewksbury, MA  01876 |

# 2648156_v1                                2