FILED
IN CLERKS OFFICE

2005 MAR 11  P 12: 02

U.S. DISTRICT COURT
DISTRICT OF MASS

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

C. A. No. 05-10284 MEL

|  |  |
|---|---|
| TENNESSEE GAS PIPELINE COMPANY, | ) |
| Plaintiff | ) |
| | ) |
| Vs. | ) |
| | ) |
| | ) |
| NEW ENGLAND POWER COMPANY, | ) |
| ET AL, | ) |
| | ) |
| Defendants | ) |
| | ) |

## ANSWER OF JOHN J. MCDEVITT, JR., KEVIN P. MCDEVITT, BRIAN G. MCDEVITT, DENNIS C. MCDEVITT AND MICHAEL MCDEVITT

### NATURE OF THE CASE

1. The Defendants admit the allegations of paragraph 1.

### JURISDICTION AND VENUE

2. a)  The Defendants admit the allegations of paragraph 2a.

   b)  The Defendants deny the allegations of paragraph 2b. Tennessee has not negotiated in good faith.

   c)  The Defendants admit the allegations of paragraph 2c.

   d)  The Defendants admit the allegations of paragraph 2d.

3. The Defendants are without sufficient knowledge to admit or deny the facts contained in paragraph 3 of the Complaint.

### FACTS COMMON TO ALL

4. The Defendants are without sufficient knowledge to admit or

LAW OFFICE OF
**BERG** AND **LAIPSON**
34 MECHANIC STREET
WORCESTER, MASS. 01608

deny the facts alleged in paragraph 4 of the Plaintiff's Complaint.

5.  The Defendants admit the allegations of paragraph 5.

6.  The Defendants are without sufficient knowledge to

admit or deny the facts alleged in paragraph 6 of Plaintiff's Complaint.

7.  The Defendants admit the allegations of paragraph 7.

8.  The Defendants admit the allegations of paragraph 8.

9.  The Defendants admit the allegations of paragraph 9.

10.  The Defendants admit the allegations of paragraph 10.

11.  The Defendants deny the allegations of paragraph 11.

Tennessee can use land owned by individuals other than the

Defendant to construct its pipeline.

12.  The Defendants are without sufficient knowledge to admit

or deny the allegations contained in paragraph 12 of Plaintiff's

Complaint.

## COUNT XI
(Eminent Domain as to John J. McDevitt, Jr., Kevin P. McDevitt, Brian G. McDevitt, Dennis C. McDevitt and Michael McDevitt)

93.  The Defendants reallege and incorporate herein their

answers to paragraphs 1-12 of the Complaint.

94.  The Defendants admit the allegations in paragraph 94.

95.  a)  The Defendants admit the allegations in paragraph 95a.

b)  The Defendants admit the allegations in paragraph 95b.

c)  The Defendants admit the allegations in paragraph 95c.

d)  The Defendants admit the allegations in paragraph 95d.

96.  The Defendants admit the allegations in paragraph 96.

3

97.   The Defendants deny the allegations in paragraph 97. Tennessee can use land owned by others to construct its pipeline.

98.   The Defendants admit the allegations in paragraph 98.

99.   The Defendants deny the allegations in paragraph 99. Tennessee has not negotiated in good faith.

100.   The Defendants object to the authorization of the taking by eminent domain.

WHEREFORE, the Defendants pray that this Court:

1.  Deny an Order of Judgment of Taking by Eminent Domain as to its property.

2.  Deny the Plaintiff, Tennessee's, immediate entry on and possession of the property of the Defendants prior to the determination of compensation and damages upon deposit.

3.  Deny preliminary and permanent injunctions enjoining the Defendants from interfering with Tennessee's proposed Tewksbury-Andover Lateral Project.

4.  Award just compensation and damages with respect to the eminent domain action acquisition of its property.

5.  Grant such other relief as may be just and proper.

LAW OFFICE OF
**BERG AND LAIPSON**
34 MECHANIC STREET
WORCESTER, MASS. 01608

4

## JURY DEMAND

The Defendants demand a trial by jury on all claims.

Respectfully submitted,

JOHN J. MCDEVITT,JR., KEVIN P.
MCDEVITT, BRIAN G. MCDEVITT,
DENNIS C. MCDEVITT and
MICHAEL W. MCDEVITT

By Its Attorney,

BERG AND LAIPSON

John R. Maciolek BBO #556668
340 Main Street
Worcester, MA. 01608
Tel. No. 508-754-6888

## CERTIFICATE OF SERVICE

I, John R. Maciolek, hereby certify that a copy of the within Answer was mailed on March 10 2005 to attorneys Harold W. Potter and Dianne R. Phillips of Holland and Knight LLP, 10 St. James Avenue, Boston, MA. 02116.

John R. Maciolek

LAW OFFICE OF
BERG AND LAIPSON

34 MECHANIC STREET

WORCESTER, MASS. 01608