EUSTACHIO P. SIMEONE
245 LANCASTER DRIVE
TEWKSBURY, MA 01876-1345

Civil Clerk
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, Ma 02210

Re:  Tennessee Gas Pipeline Company
     v.
     New England Power Company et al
     Civil Action No.-CV10284

Dear Sir/madam:

Enclosed please find a copy of my shipment receipt to the Civil Clerk United States District Court and Diane R Phillips Esq Holland Knight 10 St. James Av. Boston MA Unfortunately my Pro Se Answer to Plaintiff's Amended Complaint was unable to be delivered by U.P.S. at this District Courthouse and was retuned to me on march 17,05. With consideration from this District Courthouse I will like to resubmit my Answer to Plaintiff's Verified Amended Complaint.

Dated: March 18, 2005

Eustachio P. Simeone

## Shipment Receipt: Page #1 of

THIS IS NOT A SHIPPING LABEL. PLEASE SAVE FOR YOUR RECORDS.

**SHIP DATE:**
Thur, Mar 3, 2005

**EXPECTED DELIVERY DATE:**
FRI, MAR 4, 2005 10:30 AM

**SHIP FROM:**
Simfer Precision Machine
200 TURNPIKE RD
UNIT 2
CHELMSFORD  MA  01824-4000
(978) 256-1105

**SHIP TO:**
CIVIL CLERK UNITED STATES DISTRICT
JOHN JOSEPH MOAKLEY US COURTHOUSE
1 COURTHOUSE WAY
LBBY
BOSTON MA 02210-3011
Business

**SHIPPED THROUGH:**
UPS CC CHELMSFORD MA
CHELMSFORD, MA 01824
(800) 742-5877

**SHIPMENT INFORMATION:**
UPS Next Day Air Com
0.15lbs/LTR Billed Weight.
Letter

Tracking Number: 1Z010X870106618659
Shipment ID: MA4Z30WJTA612
Ref 1: bb
Ref 2: - -

**DESCRIPTION OF GOODS:**
PAPER WORK

**SHIPMENT CHARGES:**
Next Day Air Com          $15.50
Service Options            $0.00
Fuel Surcharge             $1.47

Total                     $16.97

COMPLETE ONLINE SHIPMENT TRACKING INFO:
Enter the following address in your web browser to view tracking info:
http://wwwapps.ups.com/iatracking/tracking.cgi?tracknum=1Z010X870106618659
QUESTIONS ABOUT YOUR SHIPMENT?
Call the carrier at: 1-800-PICK-UPS (1-800-742-5877)
Or contact SHIPPED THROUGH facility list.

ShipmentID: MA4Z30WJTA612

Powered by iShip(tm)
03/03/2005 03:04 PM Pacific Time

```
Shipment Receipt:   Page #1 of 1
THIS IS NOT A SHIPPING LABEL. PLEASE SAVE FOR YOUR RECORDS

SHIP DATE:                    SHIPMENT INFORMATION:
Thur, Mar 3, 2005             UPS Next Day Air Com
                              0.3lbs/LTR Billed Weight,
EXPECTED DELIVERY DATE:       Letter
FRI, MAR 4, 2005 10:30 AM

SHIP FROM:
Simfer Precision Machine
200 TURNPIKE RD
UNIT 2                        Tracking Number: 1Z010X870139952262
CHELMSFORD  MA 01824-4000     Shipment ID: MA4Z30WXCPVFF
(978) 256-1105                Ref 1: bb
                              Ref 2: - -
SHIP TO:
Diane R Phillps Esq
Holland  Knight               DESCRIPTION OF GOODS:
10 ST JAMES AVE               Paper work
BOSTON MA 02116-3813
Business
                              SHIPMENT CHARGES:
                              Next Day Air Com        $15.50
                              Service Options          $0.00
                              Fuel Surcharge           $1.47
SHIPPED THROUGH:
UPS CC CHELMSFORD MA
CHELMSFORD,MA 01824
(800) 742-5877                Total                   $16.97
```





ShipmentID: MA4Z30WXCPVFF

Powered by iShip(tm)
03/03/2005 03:05 PM Pacific Time