UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TENNESSEE GAS PIPELINE COMPANY, Plaintiff, <br><br> Vs. <br><br> NEW ENGLAND POWER COMPANY et al. <br><br> Defendants and Potentially Interested Parties | C.A. 05-10284-MEL |

**DEFENDANT'S PRO SE ANSWER TO
PLAINTIFF'S VERIFIED AMENDED COMPLAINT IN CONDEMNATION**

1.  Defendant denies that Plaintiff is authorized under the National Gas Act to act as it alleges and calls upon the Plaintiff to prove same.

2.  Denied.

3.  Defendant is without sufficient information to admit or deny the allegations contained in Paragraph 3.

4.  Admit.

5.  Although Plaintiff may be the holder of various Certificates of Public Convenience, Defendant asserts that Plaintiff's proposed project in this instance is not for public convenience and necessity as it is being primarily constructed for purposes of serving a private corporation.

6.  Defendant lacks sufficient information to admit or deny the allegations contained in Paragraph 6 and calls upon the Plaintiff to prove same.

1

7. Defendant admits that it is preparing to construct an 8" natural gas pipeline. However, Defendant denies the remaining allegations.

8. Defendant is without sufficient information to admit or deny the allegations contained in Paragraph 8. Insofar as an answer is required, Defendant denies same.

9. Defendant lacks sufficient information to admit or deny the allegations contained in Paragraph 9 and calls upon the Plaintiff to prove the authenticity of Exhibit A.

10. Denied.

11. Denied.

12. Denied.

## COUNT I

Insofar as Paragraphs 13 through 20 do not pertain to the Defendant, no answer is necessary. To the extent an answer is necessary, Defendant denies same.

## COUNT II

Insofar as Paragraphs 21 through 28 do not pertain to the Defendant, no answer is necessary. To the extent an answer is necessary, Defendant denies same.

## COUNT III

Insofar as Paragraphs 29 through 36 do not pertain to the Defendant, no answer is necessary. To the extent an answer is necessary, Defendant denies same.

## COUNT IV

Insofar as Paragraphs 37 through 44 do not pertain to the Defendant, no answer is necessary. To the extent an answer is necessary, Defendant denies same.

## COUNT V

Insofar as Paragraphs 45 through 52 do not pertain to the Defendant, no answer is necessary. To the extent an answer is necessary, Defendant denies same.

## COUNT VI

53. The Defendant repeats and incorporates herein as if set forth fully herein his answers to Paragraphs 1 through 52 of this Complaint.

54. Admit.

55. Admit.

56. The Defendant is without sufficient information to admit or deny the allegations contained in Paragraph 56. Insofar as an answer is required, the Defendant calls upon Plaintiff to prove same.

57. Denied.

58. Defendant denies that Plaintiff needs the permanent and temporary rights-of-way and easements as set forth in Exhibit H.

59. Defendant denies that Plaintiff has negotiated in good faith.

60. Denied.

## COUNT VII

Insofar as Paragraphs 61 through 68 do not pertain to the Defendant, no answer is necessary. To the extent an answer is necessary, Defendant denies same.

## COUNT VIII

Insofar as Paragraphs 69 through 76 do not pertain to the Defendant, no answer is necessary. To the extent an answer is necessary, Defendant denies same.

3

## COUNT IX

Insofar as Paragraphs 77 through 84 through 28 do not pertain to the Defendant, no answer is necessary. To the extent an answer is necessary, Defendant denies same.

## COUNT X

Insofar as Paragraphs 85 through 92 do not pertain to the Defendant, no answer is necessary. To the extent an answer is necessary, Defendant denies same.

## COUNT XI

Insofar as Paragraphs 93 through 100 do not pertain to the Defendant, no answer is necessary. To the extent an answer is necessary, Defendant denies same.

## COUNT XII

Insofar as Paragraphs 101 through 108 do not pertain to the Defendant, no answer is necessary. To the extent an answer is necessary, Defendant denies same.

## COUNT XIII

Insofar as Paragraphs 109 through 116 do not pertain to the Defendant, no answer is necessary. To the extent an answer is necessary, Defendant denies same.

## COUNT XIV

Insofar as Paragraphs 117 through 124 do not pertain to the Defendant, no answer is necessary. To the extent an answer is necessary, Defendant denies same.

## COUNT XV

Insofar as Paragraphs 125 through 131 do not pertain to the Defendant, no answer is necessary. To the extent an answer is necessary, Defendant denies same.

## COUNT XVI

Insofar as Paragraphs 132 through 139 do not pertain to the Defendant, no answer is necessary. To the extent an answer is necessary, Defendant denies same.

WHEREFORE, the Defendant prays that this Honorable Court deny Plaintiff's request for an Order of Judgment of Taking by Eminent Domain, deny Plaintiff's request that it be allowed to immediately enter on and possess Defendant's property prior to the determination of compensation and damages as Plaintiff's appraised value is wholly inadequate. Defendant further requests that this Honorable Court deny Plaintiff's request for a preliminary and permanent injunction as the harm to the Defendant will greatly outweigh the harm to the Plaintiff. In the alternative, Defendant requests that this Honorable Court award just compensation and damages to the Defendant if this Honorable Court feels that the taking is appropriate.

Respectfully submitted,

Eustachio P. Simeone
Pro Se
245 Lancaster Drive
Tewksbury, MA 01876-1345
978-256-1105

CERTIFICATE OF SERVICE

I, Eustachio P. Simeone, Defendant, hereby certify that on this day, I served the my Answer to Plaintiff's Verified Amended Complaint, by mailing same, postage prepaid to counsel of record for the Plaintiff, Diane R. Phillips, Esq., Holland & Knight, LLP. 10 St. James Avenue, Boston, MA 02116

Dated: March 3, 2005

_____
Eustachio P. Simeone