UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TENNESSEE GAS PIPELINE COMPANY,<br><br>                            Plaintiff,<br>vs.<br><br>NEW ENGLAND POWER COMPANY et al.<br><br>Defendants and Potentially<br>Interested Parties. | C.A. 05-10284-MEL |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF COUNT XII

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), plaintiff Tennessee Gas Pipeline Company, hereby voluntarily dismisses without prejudice Count XII (Eminent Domain as to Boston & Maine Corporation) in Verified Amended Complaint in Condemnation

Respectfully submitted,

TENNESSEE GAS PIPELINE COMPANY
By its Attorneys,

HOLLAND & KNIGHT LLP

_____
Harold W. Potter, Jr. (BBO # 404240)
Dianne R. Phillips (BBO # 552982)
10 St. James Avenue
Boston, MA 02116
(617) 523-2700

CERTIFICATE OF SERVICE

I, Harold W. Potter, Jr., hereby certify that on April _4_, 2005, I have served the within document by mailing postage prepaid via first class mail to the parties listed on the attached Service List.

_____
Harold W. Potter, Jr.

Dated: April _4_, 2005
# 2741571_v1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TENNESSEE GAS PIPELINE COMPANY,<br><br>　　　　　　　　　　　　　　Plaintiff,<br>vs.<br><br>NEW ENGLAND POWER COMPANY et al.<br><br>Defendants and Potentially<br>Interested Parties. | C.A. 05-10284-MEL |

## SERVICE LIST

| | |
|---|---|
| Celia B. O'Brien, Esq.,<br>National Grid, U.S.A., Legal Department<br>25 Research Drive<br>Westborough, MA  01582<br><br>Counsel for:<br>New England Power Company and<br>Massachusetts Electric Company<br><br>And<br><br>Vincent F. O'Rourke, Esq.<br>Bowditch & Dewey<br>311 Main Street<br>Worcester, MA  01615 | John R. Maciolek, Esq.<br>Berg & Laipson<br>34 Mechanic Street<br>Worcester, MA  01608<br><br>Counsel for:<br>Ellen A. Sexton, Donald C. Power and Donna J. Power, Thomas J. Kachoris and Elizabeth M. Kachoris, Said Abuzahra, Trustee of Two S Realty Trust, John J. McDevitt, Jr., Kevin P. McDevitt, Brian G. McDevitt, Dennis C. McDevitt and Michael W. McDevitt, Judith Wein and Paul Woods, Trustees of JW South Street Realty Trust, Brian and Allyson Gangemi, Richard D. Bramante, Elizabeth A. Kelly, James Andella, Trustee of J.D.B. Trust, Holly C. Sughrue and Richard J. Sughrue, III |
| Eustachio P. Simone<br>Pro Se<br>245 Lancaster Drive<br>Tewksbury, MA  01876 | Michael A. Gerstein, Esq.<br>Lora M. McSherry, Esq.<br>Phillips, Gerstein, Holber & Channen LLP<br>25 Kenoza Avenue<br>Haverill, MA  01830<br><br><br>Counsel for:<br>Armindo G. Dias and Sara Lou Dias |

| Robert B. Cullerford, Esq.<br>Iron Horse Park<br>High Street<br>North Billerica, MA  01862<br><br>Counsel for:<br>Boston & Maine Corporation | Richard P. Owens, Esq.<br>Verizon<br>185 Franklin Street, 13th Floor<br>Boston, MA  02110-1585<br><br>Counsel for:<br>Verizon New England, Inc |

# 2648156_v1