UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TENNESSEE GAS PIPELINE COMPANY,<br><br>Plaintiff,<br>vs.<br><br>NEW ENGLAND POWER COMPANY et al.<br><br>Defendants and Potentially<br>Interested Parties. | C.A. 05-10284-MEL |

PLAINTIFF'S MOTIONS FOR PARTIAL SUMMARY
JUDGMENT AND FOR ENTRY AND POSSESSION

Pursuant to Fed. R. Civ. P. 56, plaintiff Tennessee Gas Pipeline Company ("Tennessee") hereby moves that the Court issue an order granting Tennessee's motion for partial summary judgment on the legal issue of its right to take the requested easements by eminent domain. In conjunction therewith, pursuant to Fed. R. Civ. P. 65 and 71A, Tennessee further moves that the Court issue an order allowing Tennessee to enter and possess immediately its proposed permanent and temporary easements described in the Verified Amended Complaint filed in this action, and the plans attached thereto, across the property owned by the defendants and potentially interested parties (collectively the "Properties"), for the purpose of constructing, operating, testing and/or maintaining a natural gas pipeline certificated by the Federal Energy Regulatory Commission ("FERC"). Tennessee contends that these orders may be granted as a matter of law and require no evidentiary hearing.

As grounds for these Motions, Tennessee states that as a "natural gas company" within the meaning of Section 2(a) of the Natural Gas Act, 15 U.S.C. § 717a(6), Tennessee is authorized to take property by eminent domain for the purpose of constructing, operating and maintaining natural gas pipelines and facilities approved by the FERC. See 15 U.S.C. § 717f(h).

# 2666272_v1

Having obtained FERC approval for the pipeline project described in the Verified Amended Complaint, Tennessee is likely to succeed on the merits of its takings claim.

In addition, Tennessee states that it lacks an adequate remedy at law and that the irreparable harm which Tennessee, and the general public will suffer if these Motions are denied substantially outweighs any theoretical harm which the defendants and potentially interested parties may suffer if the requested relief is granted.

In further support of these Motions, Tennessee relies on its Verified Complaint, and the Memorandum of Law and affidavits of Michael T. Morgan and Matt Griswold submitted herewith.

WHEREFORE, Tennessee respectfully requests that the Court grant these Motions.

REQUEST FOR ORAL ARGUMENT.

        Respectfully submitted,

        TENNESSEE GAS PIPELINE COMPANY

        By its Attorneys,

        HOLLAND & KNIGHT LLP

        ___/s/ Harold W. Potter, Jr._____
        Harold W. Potter, Jr. (BBO # 404240)
        Dianne R. Phillips (BBO # 552982)
        Jennifer L. Antoniazzi (BBO #654653)
        10 St. James Avenue
        Boston, MA  02116
        (617) 523-2700

Local Rule 7.1 Certification

   I hereby certify that the parties have conferred and have attempted in good faith to resolve or narrow the issues raised herein.

  /s/ Harold W. Potter, Jr.
Harold W. Potter, Jr.


Dated: April 4, 2005

## CERTIFICATE OF SERVICE

   I, Harold W. Potter, Jr., hereby certify that on April 4, 2005, I have served the within document by mailing postage prepaid via first class mail to the parties listed on the attached Service List.

  /s/ Harold W. Potter, Jr.
Harold W. Potter, Jr.


# 2666272_v1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TENNESSEE GAS PIPELINE COMPANY,<br><br>         Plaintiff,<br>vs.<br><br>NEW ENGLAND POWER COMPANY et al.<br><br>Defendants and Potentially<br>Interested Parties. | C.A. 05-10284-MEL |

## SERVICE LIST

| | |
|---|---|
| Celia B. O'Brien, Esq.,<br>National Grid, U.S.A., Legal Department<br>25 Research Drive<br>Westborough, MA  01582<br><br>Counsel for:<br>New England Power Company and<br>Massachusetts Electric Company<br><br>And<br><br>Vincent F. O'Rourke, Esq.<br>Bowditch & Dewey<br>311 Main Street<br>Worcester, MA  01615 | John R. Maciolek, Esq.<br>Berg & Laipson<br>34 Mechanic Street<br>Worcester, MA  01608<br><br>Counsel for:<br>Ellen A. Sexton, Donald C. Power and Donna J. Power, Thomas J. Kachoris and Elizabeth M. Kachoris, Said Abuzahra, Trustee of Two S Realty Trust, John J. McDevitt, Jr., Kevin P. McDevitt, Brian G. McDevitt, Dennis C. McDevitt and Michael W. McDevitt, Judith Wein and Paul Woods, Trustees of JW South Street Realty Trust, Brian and Allyson Gangemi, Richard D. Bramante, Elizabeth A. Kelly, James Andella, Trustee of J.D.B. Trust, Holly C. Sughrue and Richard J. Sughrue, III |
| Eustachio P. Simone<br>Pro Se<br>245 Lancaster Drive<br>Tewksbury, MA  01876 | Michael A. Gerstein, Esq.<br>Lora M. McSherry, Esq.<br>Phillips, Gerstein, Holber & Channen LLP<br>25 Kenoza Avenue<br>Haverill, MA  01830<br><br><br>Counsel for:<br>Armindo G. Dias and Sara Lou Dias |

| | |
|---|---|
| Robert B. Cullerford, Esq.<br>Iron Horse Park<br>High Street<br>North Billerica, MA 01862<br><br>Counsel for:<br>Boston & Maine Corporation | Richard P. Owens, Esq.<br>Verizon<br>185 Franklin Street, 13th Floor<br>Boston, MA 02110-1585<br><br>Counsel for:<br>Verizon New England, Inc |