# United States District Court

_____ DISTRICT OF ___Massachusetts___

TENNESSEE GAS PIPELINE COMPANY,

SUMMONS IN A CIVIL ACTION

V.

CASE NUMBER:

NEW ENGLAND POWER COMPANY, ET AL.

## 05-10284 MEL

TO: (Name and Address of Defendant)

James Andella, Trustee of J.D.B. Trust
1501 Main Street
Tewksbury, MA 01876

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Dianne R. Phillips
Holland & Knight LLP
10 St. James Avenue
Boston, MA 02116

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.



CLERK

BY DEPUTY CLERK

DATE

FEB 1 1 2005

AO 440 (Rev. 1/90) Summons in a Civil Action

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE February 12, 2005 |
|---|---|
| NAME OF SERVER (PRINT) John F Keogh | TITLE Constable |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): _____ Left copies at his last and usual place of abode, 1501 Main St Tewksbury Ma. Like copies were mailed by first class mail

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 35.00 | 40.00 | 75.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   February 12, 2005
             Date                           Signature of Server

                                            36 Georganna St
                                            Braintree, MA 02184
                                            Address of Server

---

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.