# United States District Court

DISTRICT OF Massachusetts

TENNESSEE GAS PIPELINE COMPANY.

SUMMONS IN A CIVIL ACTION

v.

CASE NUMBER:

NEW ENGLAND POWER COMPANY, ET AL.

# 05 - 10284 MEL

TO: (Name and Address of Defendant)

Armindo G. Dias and Sara Lou Dias
380 Pinnacle Street
Tewksbury, MA 01876

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Dianne R. Phillips
Holland & Knight LLP
10 St. James Avenue
Boston, MA 02116

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.



CLERK

BY DEPUTY CLERK

FEB 1 1 2005

DATE

AO 440 (Rev. 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | February 12, 2005 |
| NAME OF SERVER (PRINT)  John F Keogh | TITLE  Constable |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Left copies at the last and usual place of abode of the defendant, 380 Pinacle St, Tewksbury, MA. A like copy was mailed by first class mail.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 35.00 | 40.00 | 75.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  February 12, 2005    _____
                  Date              Signature of Server

                                    36 Georganna Street
                                    Braintree, MA 02184
                                    Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.