# United States District Court

DISTRICT OF __Massachusetts__

TENNESSEE GAS PIPELINE COMPANY

**SUMMONS IN A CIVIL ACTION**

V.

CASE NUMBER:

NEW ENGLAND POWER COMPANY, ET AL.

# 05 CV 10284 MEL

TO: (Name and Address of Defendant)

Brian Gangemi and Allyson Gangemi
235 Lancaster Drive
Tewksbury, MA  01876

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Dianne R. Phillips
Holland & Knight LLP
10 St. James Avenue
Boston, MA  02116

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.



TONY ANASTAS

CLERK

BY DEPUTY CLERK

FEB 1 1 2005

DATE

AO 440 (Rev. 1/90) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE<br>February 12, 2005 |
| NAME OF SERVER (PRINT)<br>John F Keogh | TITLE<br>Constable |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: On Alison Gangemi @ 235 Lancaster Dr Tewksbury.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 35.00 | 40.00 | 75.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on February 12, 2005
           *Date*

*Signature of Server*

36 Georganna St
Braintree, MA. 02184

*Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.