# United States District Court

DISTRICT OF __Massachusetts__

TENNESSEE GAS PIPELINE COMPANY

SUMMONS IN A CIVIL ACTION

V.

CASE NUMBER:

NEW ENGLAND POWER COMPANY, ET AL.

## 05 c 10284 MEL

TO: (Name and Address of Defendant)

Ellen A. Sexton
c/o John R. Maciolek, Esq.
Berg & Laipson
34 Mechanic Street
Worcester, MA  01608

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Dianne R. Phillips
Holland & Knight LLP
10 St. James Avenue
Boston, MA  02116

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

FEB 1 1 2005

CLERK

DATE

BY DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____

☒ Other (specify): I, John R. Maciolek, as counsel for Ellen A. Sexton, accepted service of the within Summons and a copy of the Complaint in their behalf on February 15, 2005.

*/s/ John R. Maciolek*
John R. Maciolek

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
           Date                  Signature of Server

_____
Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.