UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TENNESSEE GAS PIPELINE COMPANY,<br><br>            Plaintiff<br>v.<br><br>NEW ENGLAND POWER COMPANY, et al.,<br><br>            Defendants | Civil Action No.<br>05-10284-MEL |

ANSWER OF POTENTIALLY INTERESTED PARTY,
USAA FEDERAL SAVINGS BANK

USAA Federal Savings Bank ("USAA"), by and through its undersigned attorneys, hereby responds to the Amended (Verified) Complaint filed in this action as follows:

1. USAA admits the allegations of this paragraph.

2. To the extent that this paragraph constitutes a conclusion of law, no response is required. USAA admits that the land at issue is located in the Eastern District of Massachusetts. USAA is without sufficient knowledge to form a reasonable belief as to the remainder of the facts of this paragraph and accordingly denies same.

3. USAA is without sufficient knowledge to form a reasonable belief as to the remainder of the facts of this paragraph and accordingly denies same.

4.-36. To the extent that these paragraphs reference documents, those documents are in writing and speak for themselves and any characterization thereof is expressly denied. Further answering, USAA is without sufficient knowledge to form a reasonable belief as to the remainder of the facts contained in these paragraph and accordingly denies same.

## COUNT IV

### (Eminent Domain as to Donald C. Power and Donna J. Power)

37.   USAA realleges and incorporates herein its response to all of the foregoing paragraphs.

38.-39. USAA admits that Donald C. Power and Donna J. Power own the subject parcel of property (the "Powers Property"), subject to the terms of the mortgage instrument referenced in paragraph 39.a.

41.-44. USAA is without sufficient knowledge to form a reasonable belief as to the facts contained in these paragraph and accordingly denies same. However, upon information and belief, plaintiff can use land owned by others to construct its pipeline and has no negotiated with the Powers in good faith.

45.-139. These paragraphs do not pertain to USAA and thus no response is required.

WHEREFORE, potential party in interest USAA prays that this Court:

1.   Deny an Order Of Judgment Of Taking by Eminent Domain as to the Powers Property;

2.   Deny plaintiff's immediate entry on, and possession of, any portion of the Powers Property prior to the determination of compensation and damages upon deposit;

3.   Deny preliminary and permanent injunction enjoining any of the defendants from interfering with the proposed Tewksbury-Andover Lateral Project;

4.   Award just compensation and damages with respect to any eminent domain action acquisition of any portion of the Powers Property, taking into account the

right, title and interests held by USAA pursuant to and Federal or State laws, including but not limited to M.G.L. ch. 79, §§ 32-33.

5. Grant such other relief as may be just and proper.

USAA hereby demands a trial by jury on all claims

                         Respectfully submitted,

                         USAA FEDERAL SAVINGS BANK,

                         By its Attorneys,

                         /s/ Gregory T. Arnold
                         Gregory T. Arnold, Esquire
                         BROWN RUDNICK BERLACK ISRAELS, LLP
                         One Financial Center
                         Boston, MA 02111
                         Tel. (617) 856-8200
                         Fax (617) 856-8201

Dated: March 29, 2005

---

I, Gregory T. Arnold, hereby certify that on this 29th day of March, 2005, I caused the following pleading to be served on all counsel of record in this case via regular mail.

/s/ Gregory T. Arnold
Gregory T. Arnold

---

# 1353950 v1 - arnoldgt - 019376/0001

3