UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C. A. 05-10284-MEL

TENNESSEE GAS PIPELINE COMPANY, )
                           Plaintiff )
Vs. )
    )
NEW ENGLAND POWER COMPANY et al )
   Defendants and Potentially )
   Interested Parties )

## DEFENDANT'S STATEMENT OF DISPUTED MATERIAL FACTS IN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to local rule 56 (1), Eustachio P. Simeone submits this statement of the disputed facts as to which there are genuine issues to be tried.

1) On January 24, 2005 the Federal Energy Regulatory Commission issued a Certificate of Public Convenience and Necessity to Tennessee Gas Pipeline Company. (F. E. R. C. Certificate)  The F. E. R. C. Certificate, among other things, authorizes Tennessee Gas to construct a natural gas pipeline. Before allowing Tennessee Gas entry onto the Defendants' properties for the purpose of constructing the natural gas pipeline, this Court should insure that Tennessee Gas provides sufficient safeguards so that the property of the Defendants is not unduly damaged during construction.

2) Prior to commencing this condemnation action, Tennessee Gas did not in good faith engage in settlement discussions that would reasonably lead to a resolution for the purchase of easement rights it now seeks. Tennessee Gas should not use the Court as a means of leverage to acquire

2

easement rights and the Court should not allow Tennessee Gas immediate entry onto the Defendants' property until such time as Tennessee Gas has made a reasonable effort to purchase the easement rights.

EUSTACHIO P. SIMEONE

By: _____
John R. Maciolek BBO #556668
Berg and Laipson
34 Mechanic Street
Worcester, MA. 01608
Tel. No. (508) 754-6888

### CERTIFICATE OF SERVICE

I, John R. Maciolek, hereby certify that a copy of the within was Mailed, postage prepaid, on April 22, 2005, to Harold W. Potter, Jr. and Dianne R. Phillips of Holland & Knight L. L. P., 10 St. James Avenue, Boston, Massachusetts 02116.

_____
John R. Maciolek