UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Tennessee Gas Pipeline Company | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| New England Power Company and | ) |
| Approximately 3.45 Acres of Permanent | ) |
| Easement, 2.79 Acres of Temporary Work | )   No.: 05-CV-10284-MEL |
| Space, and 0.32 Acres of Additional | ) |
| Temporary Work Space; and potentially | ) |
| interested parties, Colonial Beacon Oil | ) |
| Company, and New England Power | ) |
| Company successor to New England Power | ) |
| Engineering & Service Corporation; et. al. | ) |
| | ) |
|     Defendants | ) |

### APPEARANCE OF COUNSEL FOR
### DEFENDANTS ARMINDO G. DIAS AND SARA LOU DIAS

    Now come the undersigned and files his Appearance on behalf of Defendants Armindo G. Dias and Sara Lou Dias.

                                                Respectfully submitted,

Dated: May 11, 2005                             s/Michael A. Gerstein
                                                Michael A. Gerstein, Esq.
                                                BBO #190040
                                               Phillips, Gerstein, Holber & Channen, LLP
                                               25 Kenoza Avenue
                                               Haverhill, MA 10835
                                               (978) 374-1131