UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Tennessee Gas Pipeline Company )<br>)<br>      Plaintiff, )<br>v. )<br>)<br>New England Power Company and )<br>Approximately 3.45 Acres of Permanent )<br>Easement, 2.79 Acres of Temporary Work )<br>Space, and 0.32 Acres of Additional )<br>Temporary Work Space; and potentially )<br>interested parties, Colonial Beacon Oil )<br>Company, and New England Power )<br>Company successor to New England Power )<br>Engineering & Service Corporation; et. al. )<br>)<br>      Defendants ) | No.: 05-CV-10284-MEL |

**MOTION TO WITHDRAWAL AS COUNSEL FOR DEFENDANTS
ARMINDO DIAS AND SARA LOU DIAS**

    Now come the undersigned and requests that this Court allow the undersigned to withdrawal as Counsel for the Defendants, Armindo G. Dias and Sara Lou Dias.
    As a basis, counsel states that the Defendants wish to represent themselves in this matter. There are no motions pending in this matter.

                                                      Respectfully Submitted,

Dated: June 27, 2005                  s/Michael A. Gerstein
                                                  Michael A. Gerstein
                                                  B.B.O. #190040
                                                  Phillips, Gerstein, Holber & Channen LLP
                                                  25 Kenoza Avenue
                                                  Haverhill, MA  01830
                                                  (978) 374-1131

Assented to:

  s/Armindo Dias
Armindo Dias

  s/Sara Lou Dias
Sara Lou Dias

## CERTIFICATE OF SERVICE

Now comes the undersigned and certifies that on July 1, 2005 he served the within documents to all counsel and pro se defendants set forth on the attached Service List via First-Class Mail.

    s/Michael A. Gerstein
    Michael A. Gerstein, Esq.

**SERVICE LIST**

| | |
|---|---|
| Harold W. Potter, Esq.<br>Dianne R. Phillips, Esq.<br>10 James Street<br>Boston, MA 02116<br><br>Counsel for:<br>Tennessee Gal Pipeline Company | Eustachio P. Simone<br>Pro Se<br>245 Lancaster Drive<br>Tewksbury, MA 01876 |
| Celia B. O Brien, Esq.<br>National Grid, U.S.A., Legal Department<br>25 Research Drive<br>Westborough, MA 01582<br><br>Counsel for:<br>New England Power Company and Massachusetts Electric Company<br><br>And<br><br>Vincent F. O Rourke, Esq.<br>Bodwitch & Dewey<br>311 Main Street<br>Worcester, MA 01615 | John R. Maciolek, Esq.<br>Berg & Laipson<br>34 Mechanic Street<br>Worcester, MA 01608<br><br>Counsel for:<br>Ellen A. Sexton, Donald C. Power and Donna J. Power, Thomas J. Kachoris and Elizabeth M. Kachoris, Said Abuzahra, Trustee of Two S Realty Trust, John J. McDevitt, Jr., Kevin P. McDevitt, brian G. McDevitt, Dennis C. McDevitt and Michael W. McDevitt, Judith Wein and Paul Woods, Trustees of JW South Street Realty Trust, Brian and Allyson Gangemi, Richard D. Bramantem Elizabeth A. Kelly, James Andella, Trustee of J.D.B. Trust, Holly C. Shugrue and Richard J. Shugrue III |
| Robert B. Cullerford, Esq.<br>Iron Horse Park<br>High Street<br>North Billerica, MA 01862<br><br>Counsel for:<br>Boston & Maine Corporation | Richard P. Owens, Esq.<br>Verizon<br>185 Franklin Street, 13th Floor<br>Boston, MA 02110-1585<br><br>Counsel for:<br>Verizon New England, Inc. |

G:\LORA\Dias\motion to withdraw MAG.wpd