UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| TENNESSEE GAS PIPELINE COMPANY, | ) ) ) | Civil Action No. 05-10284- MEL<br>Vincent F. O'Rourke, Jr.<br>(BBO #380335) |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| MASSACHUSETTS ELECTRIC COMPANY and NEW ENGLAND POWER COMPANY, et al., | ) ) ) ) ) | |
| Defendants. | ) | |

### JOINT MOTION OF TENNESSEE GAS PIPELINE COMPANY, MASSACHUSETTS ELECTRIC COMPANY AND NEW ENGLAND POWER COMPANY TO VACATE ORDERS ISSUING JUDGMENT OF TAKING BY EMINENT DOMAIN

Now comes Tennessee Gas Pipeline Company, Massachusetts Electric Company and New England Power Company and move this Court pursuant to Fed. R. Civ. P. 59 and 60 to vacate its separate Orders Issuing Judgments of Taking by Eminent Domain, dated June 7, 2005, which, inter alia, granted partial summary judgment in Tennessee Gas Pipeline Company's favor against Massachusetts Electric Company (Docket No. 76) and against New England Power Company (Docket No. 75) ("the Orders").

As grounds for this Motion, the parties state that:

1.    On or about July 1, 2005, the parties entered into a Grant of Easement and Assent Agreement which resolved plaintiff's Motion for Immediate Entry and Injunctive Relief or Alternatively for Partial Summary Judgment as to defendants Massachusetts Electric Company and New England Power Company and established rights and responsibilities of each party with respect to the Property at issue in this case.

2.      The Grant of Easement and Assent Agreement made the terms of the separate June 7, 2005 Orders with respect to Massachusetts Electric Company and New England Power Company moot and is in some respects inconsistent with the Orders.

3.      The parties have entered into the attached Joint Stipulations providing that the rights granted Tennessee Gas Pipeline Company by Massachusetts Electric Company and New England Power Company pursuant to the Grant of Easement and Assent Agreement constitute a taking of property rights for purposes of this action for which Massachusetts Electric Company and New England Power Company are entitled to just compensation and damages as determined by the Court and that Massachusetts Electric Company and New England Power Company specifically retain the right to obtain just compensation and damages in this action.

WHEREFORE, the parties respectfully request this Court to vacate its separate June 7, 2005 Orders (Docket Nos. 75 and 76) Issuing Judgment of Taking by Eminent Domain of the property rights of Massachusetts Electric Company and of New England Power Company.

| TENNESSEE GAS PIPELINE COMPANY,<br>By its attorneys, | MASSACHUSETTS ELECTRIC<br>COMPANY and NEW ENGLAND POWER<br>COMPANY<br>By their attorney, |
|---|---|
| _____/s/_____<br>Harold W. Potter, Jr. (BBO #404240)<br>Dianne R. Phillips (BBO #552982)<br>Holland & Knight, LLP<br>10 St. James Avenue<br>Boston, MA 02116<br>Phone: (617) 523-2700 | _____/s/_____<br>Vincent F. O'Rourke, Jr. (BBO #380335)<br>Bowditch & Dewey, LLP<br>311 Main Street<br>P.O. Box 15156<br>Worcester, MA 01615<br>Phone: (508) 926-3424 |

Date: August 17, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


| | | |
|---|---|---|
| TENNESSEE GAS PIPELINE | ) | Civil Action No. 05-10284-MEL |
| COMPANY, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NEW ENGLAND POWER | ) | |
| COMPANY, et al. | ) | |


## JOINT STIPULATION

Plaintiff Tennessee Gas Pipeline Company ("Tennessee") and defendant New England Power Company ("NEPCO") hereby jointly stipulate and agree as follows:

1.      Tennessee and NEPCO have entered into a Right of Way and Easement Agreement which eliminates the need for the Judgment of Taking by Eminent Domain (Docket #75) issued against the defendant NEPCO on or about June 7, 2005. Tennessee and NEPCO have jointly moved the Court to vacate that Judgment.

2.      NEPCO and Tennessee stipulate that the rights granted Tennessee by NEPCO pursuant to the above Right of Way and Easement Agreement constitute a taking of such rights for purposes of this action for which NEPCO is entitled to just compensation and damages as determined by this Court.

3.      Tennessee and NEPCO agree that the terms of this Joint Stipulation shall not act as a waiver by NEPCO of its rights to receive just compensation and damages for the rights granted to Tennessee in the Right of Way and Easement Agreement and

{J:\CLIENTS\lit\140702\0152\00555803.DOC;1}

NEPCO specifically retains the right to obtain just compensation and damages in this

proceeding.

Respectfully Submitted,

TENNESSEE GAS PIPELINE COMPANY
By its attorneys,

SHERBURNE, POWERS & NEEDHAM,
P.C.


By:_____/s/_____
   Harold W. Potter, Jr. (BBO #404240)
   Dianne R. Phillips (BBO #552982)
   One Beacon Street
   Boston, MA  02108
   (617) 523-2700


NEW ENGLAND POWER COMPANY
By its attorneys,

BOWDITCH & DEWEY, LLP


By:_____/s/_____
   Vincent F. O'Rourke, Jr., Esq.
   (BBO #380335)
   311 Main Street
   Worcester, MA  01608
   (508) 791-3511

Dated: August 17, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


| | | |
|---|---|---|
| TENNESSEE GAS PIPELINE | ) | Civil Action No. 05-10284 -MEL |
| COMPANY, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MASSACHUSETTS ELECTRIC | ) | |
| COMPANY, et al. | ) | |


## JOINT STIPULATION

Plaintiff Tennessee Gas Pipeline Company ("Tennessee") and defendant

Massachusetts Electric Company ("MEC") hereby jointly stipulate and agree as follows:

1.      Tennessee and MEC have entered into a Right of Way and Easement

Agreement which eliminates the need for the Judgment of Taking By Eminent Domain

(Docket #76) issued against the defendant MEC and potentially interested party New

England Power Company on or about June 7, 2005.  Tennessee and MEC have jointly

moved the Court to vacate that Judgment.

2.      NEPCO and Tennessee stipulate that the rights granted Tennessee by

MEC pursuant to the above Right of Way and Easement Agreement constitute a taking of

such rights for purposes of this action for which NEPCO is entitled to just compensation

and damages as determined by this Court.

3.      Tennessee and MEC agree that the terms of this Joint Stipulation shall not

act as a waiver by NEPCO of its rights to receive just compensation and damages for the

{J:\CLIENTS\lit\140702\0152\00555802.DOC;1}

rights granted to Tennessee in the Right of Way and Easement Agreement and NEPCO

specifically retains the right to obtain just compensation and damages in this proceeding.

Respectfully Submitted,

TENNESSEE GAS PIPELINE COMPANY
By its attorneys,

SHERBURNE, POWERS & NEEDHAM, P.C.


By:_____/s/_____
    Harold W. Potter, Jr. (BBO #404240)
    Dianne R. Phillips (BBO #552982)
    One Beacon Street
    Boston, MA  02108
    (617) 523-2700


MASSACHUSETTS ELECTRIC COMPANY
By its attorneys,

BOWDITCH & DEWEY, LLP


By:_____/s/_____
    Vincent F. O'Rourke, Jr., Esq.
    (BBO #380335)
    311 Main Street
    Worcester, MA  01608
    (508) 791-3511

Dated: August 17, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TENNESSEE GAS PIPELINE COMPANY,<br><br>          Plaintiff,<br><br>vs.<br><br>NEW ENGLAND POWER COMPANY et al.<br><br>    Defendants and Potentially<br>    Interested Parties. | C.A. 05-10284-MEL |

**<u>SERVICE LIST</u>**

| | |
|---|---|
| Vincent F. O'Rourke, Esq.<br>Bowditch & Dewey<br>311 Main Street<br>Worcester, MA  01615<br><br>Counsel for:<br>New England Power Company and<br>Massachusetts Electric Company | John R. Maciolek, Esq.<br>Berg & Laipson<br>34 Mechanic Street<br>Worcester, MA  01608<br><br>Counsel for:<br>Ellen A. Sexton, Donald C. Power and Donna J. Power, Thomas J. Kachoris and Elizabeth M. Kachoris, Said Abuzahra, Trustee of Two S Realty Trust, John J. McDevitt, Jr., Kevin P. McDevitt, Brian G. McDevitt, Dennis C. McDevitt and Michael W. McDevitt, Judith Wein and Paul Woods, Trustees of JW South Street Realty Trust, Brian and Allyson Gangemi, Richard D. Bramante, Elizabeth A. Kelly, James Andella, Trustee of J.D.B. Trust, Holly C. Sughrue, Richard J. Sughrue, III, and Eustachio P. Simeone |
| Michael A. Gerstein, Esq.<br>Lora M. McSherry, Esq.<br>Phillips, Gerstein, Holber & Channen LLP<br>25 Kenoza Avenue<br>Haverill, MA  01830<br><br><br><br>Counsel for:<br>Armindo G. Dias and Sara Lou Dias | Richard P. Owens, Esq.<br>Verizon<br>185 Franklin Street, 13th Floor<br>Boston, MA  02110-1585<br><br><br><br>Counsel for:<br>Verizon New England, Inc. |

Gregory T. Arnold, Esq.
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA  02111


Counsel for:
USAA Federal Savings Bank

# 2648156_v1