UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TENNESSEE GAS PIPELINE COMPANY, <br><br> v. <br><br> MASSACHUSETTS ELECTRIC COMPANY, et al. | Civil Action No. 05-10284 -MEL |

## JOINT STIPULATION

Plaintiff Tennessee Gas Pipeline Company ("Tennessee") and defendant Massachusetts Electric Company ("MEC") hereby jointly stipulate and agree as follows:

1. Tennessee and MEC have entered into a Right of Way and Easement Agreement which eliminates the need for the Judgment of Taking By Eminent Domain (Docket #76) issued against the defendant MEC and potentially interested party New England Power Company on or about June 7, 2005. Tennessee and MEC have jointly moved the Court to vacate that Judgment.

2. NEPCO and Tennessee stipulate that the rights granted Tennessee by MEC pursuant to the above Right of Way and Easement Agreement constitute a taking of such rights for purposes of this action for which NEPCO is entitled to just compensation and damages as determined by this Court.

3. Tennessee and MEC agree that the terms of this Joint Stipulation shall not act as a waiver by NEPCO of its rights to receive just compensation and damages for the

rights granted to Tennessee in the Right of Way and Easement Agreement and NEPCO specifically retains the right to obtain just compensation and damages in this proceeding.

        Respectfully Submitted,

        TENNESSEE GAS PIPELINE COMPANY
        By its attorneys,

        SHERBURNE, POWERS & NEEDHAM, P.C.


        By: _____/s/_____
           Harold W. Potter, Jr. (BBO #404240)
           Dianne R. Phillips (BBO #552982)
           One Beacon Street
           Boston, MA 02108
           (617) 523-2700


        MASSACHUSETTS ELECTRIC COMPANY
        By its attorneys,

        BOWDITCH & DEWEY, LLP


        By: _____/s/_____
           Vincent F. O'Rourke, Jr., Esq.
           (BBO #380335)
           311 Main Street
           Worcester, MA 01608
           (508) 791-3511

Dated: August 17, 2005