UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| TENNESSEE GAS PIPELINE COMPANY, | ) ) ) | Civil Action No. 05-10284-MEL |
| v. | ) ) ) | |
| NEW ENGLAND POWER COMPANY, et al. | ) ) | |

## JOINT STIPULATION

Plaintiff Tennessee Gas Pipeline Company ("Tennessee") and defendant New England Power Company ("NEPCO") hereby jointly stipulate and agree as follows:

1. Tennessee and NEPCO have entered into a Right of Way and Easement Agreement which eliminates the need for the Judgment of Taking by Eminent Domain (Docket #75) issued against the defendant NEPCO on or about June 7, 2005. Tennessee and NEPCO have jointly moved the Court to vacate that Judgment.

2. NEPCO and Tennessee stipulate that the rights granted Tennessee by NEPCO pursuant to the above Right of Way and Easement Agreement constitute a taking of such rights for purposes of this action for which NEPCO is entitled to just compensation and damages as determined by this Court.

3. Tennessee and NEPCO agree that the terms of this Joint Stipulation shall not act as a waiver by NEPCO of its rights to receive just compensation and damages for the rights granted to Tennessee in the Right of Way and Easement Agreement and

NEPCO specifically retains the right to obtain just compensation and damages in this proceeding.

                    Respectfully Submitted,

                    TENNESSEE GAS PIPELINE COMPANY
                    By its attorneys,

                    SHERBURNE, POWERS & NEEDHAM, P.C.

                    By: _____/s/_____
                        Harold W. Potter, Jr. (BBO #404240)
                        Dianne R. Phillips (BBO #552982)
                        One Beacon Street
                        Boston, MA 02108
                        (617) 523-2700

                    NEW ENGLAND POWER COMPANY
                    By its attorneys,

                    BOWDITCH & DEWEY, LLP

                    By: _____/s/_____
                        Vincent F. O'Rourke, Jr., Esq.
                        (BBO #380335)
                        311 Main Street
                        Worcester, MA 01608
                        (508) 791-3511

Dated: August 17, 2005