# Holland & Knight

Tel 617 523 2700
Fax 617 523 6850

Holland & Knight LLP
10 St. James Avenue
Boston, MA 02116-3889
www.hklaw.com

May 4, 2007

Harold W. Potter, Esq.
617 573 5815
harold.potter@hklaw.com

The Honorable Morris E. Lasker
United States District Court for the
  District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re: Tennessee Gas Pipeline Company v New England Power Company, et al.
United States District Court Case No. 05-cv-10284-MEL

Dear Judge Lasker:

This is in response to your letter of May 1, 2007 to Attorney Maciolek in this matter. Tennessee Gas Pipeline Company concurs with Attorney Maciolek's request for mediation of the claims concerning his clients and will participate.

We also have spoken to Attorney O'Rourke who represents New England Power Company ("NEPCO"). We do not believe it is necessary to refer the NEPCO claims to mediation at this time. We remain hopeful the claims of NEPCO can be resolved without mediation.

Thank you for your consideration and assistance.

Very truly yours,

Harold W. Potter, Jr.

HWP/gmm

cc: Gregory T. Arnold, Esq.
    Vincent F. O'Rourke, Jr., Esq.
    John R. Maciolek, Esq.
    Mr. Armindo G. Dias