UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-CV-10284-MEL

| | |
|---|---|
| TENNESSEE GAS PIPELINE CO., | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| NEW ENGLAND POWER CO., ET AL, | ) |
| Defendants. | ) |

**NOTICE OF TENNESSEE GAS PIPELINE CO. AND
NEW ENGLAND POWER CO. REGARDING MEDIATION**

Tennessee Gas Pipeline Company and New England Power Company file this Notice to advise the Court that neither Tennessee Gas Pipeline Company nor New England Power Company believe that this matter is presently ripe for mediation between them and request that the mediation between them now scheduled for June 26, 2007 be cancelled.  New England Power Company and Tennessee Gas Pipeline Company have agreed to conduct settlement negotiations and, if necessary, mediation before a private mediator at a later date.  However, this matter is not yet ripe for mediation before any ADR provider.

There are several other defendants involved in this lawsuit who are represented by Attorney John Maciolek.  This Notice only applies to mediation between Tennessee Gas Pipeline Company and New England Power Company and does not apply to the Order for Mediation scheduling mediation between Tennessee Gas Pipeline Company and the defendants represented by Attorney Maciolek.

| TENNESSEE GAS PIPELINE COMPANY | NEW ENGLAND POWER COMPANY |
| By Its Attorneys | By Its Attorneys |

/s/ Harold W. Potter, Jr.  
Harold W. Potter, Jr. (BBO# 404240)  
Holland & Knight, LP  
10 St. James Avenue  
Boston, MA 02116  
(617) 523-2700  
Email: hpotter@hklaw.com

/s/ Vincent F. O'Rourke, Jr.  
Vincent F. O'Rourke, Jr. (BBO# 380335)  
Bowditch & Dewey, LLP  
311 Main Street  
P. O. Box 15156  
Worcester, MA 01615-0156  
(508) 926-3424  
Email: vorourke@bowditch.com

May 21, 2007

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 21, 2007.

/s/  Vincent F. O'Rourke, Jr.  
Vincent F. O'Rourke, Jr.