**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Tennessee Gas Pipeline Company
_____
Plaintiff(s)

V.

New England Power Company et al
_____
Defendant(s)

CIVIL ACTION

NO. 05cv10284-MEL

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE _____

[ ]   The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]   On _____July 25, 2007_____ I held the following ADR proceeding:

   _____ SCREENING CONFERENCE      _____ EARLY NEUTRAL EVALUATION
   ___X___ MEDIATION                  _____ SUMMARY BENCH / JURY TRIAL
   _____ MINI-TRIAL                 _____ SETTLEMENT CONFERENCE

   All parties were represented by counsel [except _____]
   The parties were / were not present in person or by authorized corporate officer [except
   _____].
   The case was:

[X]   Settled. Your clerk should enter a __30__ day order of dismissal.

[ ]   There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[ ]   Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]   Suggested strategy to facilitate settlement:
   _____
   _____

   __July 25, 2007__                    __/s/Honorable Joyce London Alexander__
   DATE                                 ADR Provider