UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Tennessee Gas Pipeline Company
       Plaintiff

CIVIL ACTION

V.

Donald Power, Donna Power, Thomas Kachoris,        05-10284-MEL
Said Abuzahra, Trustee of Two S Realty Trust,
John McDevitt, Jr., Brian McDevitt, Dennis McDevitt and
Michael Mc Devitt, Judith Wein and Paul Woods, Trustees
of JW South Realty Trust, Brian Gangemi, Allyson Gangemi,
Richard Bramante, Elizabeith Kelly, James Andella Trustee of
J.D.B. Trust, and Richard Sughrue, III, and Holly Sughrue
       Defendant

## SETTLEMENT ORDER OF DISMISSAL

LASKER, S.D.J.

The Court having been advised on July 25, 2007 that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

7/27/07                                           /s/ George H. Howarth
Date                                                    Deputy Clerk

(05-cv-10284 settlement order of dismissal.wpd - 12/98)
       [stlmtodism.]