UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TENNESSEE GAS PIPELINE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>NEW ENGLAND POWER COMPANY, ET AL.,<br><br>Defendants and Potentially Interested Parties. | C.A. 05-10284-MEL |

**STIPULATION OF DISMISSAL**
**(With Prejudice)**

The plaintiff, Tennessee Gas Pipeline Company, and defendants John J. McDevitt, Jr. Kevin P. McDevitt, Brian G. McDevitt, Dennis C. McDevitt and Michael W. McDevitt hereby stipulate and agree, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that the above-captioned matter is dismissed with prejudice as to defendants John J. McDevitt, Jr. Kevin P. McDevitt, Brian G. McDevitt, Dennis C. McDevitt and Michael W. McDevitt, each party waiving all rights of appeal and each party to bear its own costs and fees.

| | |
|---|---|
| Tennessee Gas Pipeline Company, | John J. McDevitt, Jr. Kevin P. McDevitt, Brian G. McDevitt, Dennis C. McDevitt and Michael W. McDevitt |
| By its attorneys, | By their attorney, |
| /s/ Harold W. Potter, Jr.<br>Harold W Potter, Jr., BBO# 404240<br>Dianne Phillips, BBO# 552982<br>Holland & Knight LLP<br>10 St. James Avenue<br>Boston, MA  02116<br>617-523-2700 | /s/ John R. Maciolek<br>John R. Maciolek, BBO # 556668<br>250 Commercial Street, Suite 210<br>Worcester, MA 01608<br>508-755-4460 |

Dated:  September 4, 2007

CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 4, 2007 via first class mail.

      /s/ Harold W. Potter, Jr.
      Harold W. Potter, Jr.

# 4695409_v1