UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TENNESSEE GAS PIPELINE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>NEW ENGLAND POWER COMPANY, ET AL.,<br><br>Defendants and Potentially Interested Parties. | C.A. 05-10284-MEL |

**STIPULATION OF DISMISSAL**
**(With Prejudice)**

The plaintiff, Tennessee Gas Pipeline Company, and defendant Said Abuzahra, Trustee of the Two S Realty Trust hereby stipulate and agree, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that the above-captioned matter is dismissed with prejudice as to defendant Said Abuzahra, Trustee of the Two S Realty Trust, each party waiving all rights of appeal and each party to bear its own costs and fees.

Tennessee Gas Pipeline Company, Trust,

By its attorneys,

/s/ Harold W. Potter, Jr.
Harold W Potter, Jr., BBO# 404240
Dianne Phillips, BBO# 552982
Holland & Knight LLP
10 St. James Avenue
Boston, MA 02116
617-523-2700

Dated: September 4, 2007

Said Abuzahra, Trustee of the Two S Realty

By his attorney,

/s/ John R. Maciolek
John R. Maciolek, BBO # 556668
250 Commercial Street, Suite 210
Worcester, MA 01608
508-755-4460

CERTIFICATE OF SERVICE

**I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 4, 2007 via first class mail.**

/s/ Harold W. Potter, Jr.
Harold W. Potter, Jr.

# 4666596_v1